E-FILED
Wednesday, 05 October, 2016 01:55:22 PM
Clerk, U.S. District Court, ILCD

**Initial Civil Case Assignment (Random)**

Case 1:16-cv-01381 has been randomly assigned to:
presiding Judge Sara Darrow from deck Prisoner Article III Judges - All Divisions

Assign another case (Random)?

Process Assignment Labels

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS



FILED
OCT 5 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Devin Cordell Seats,　　　　　)
　　　　　　　　　　　　　　　)
　　　　　Plaintiff　　　　　　)
　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　 )　　Case No. 16-1381
　　　　　　　　　　　　　　　)　　(The case number will be assigned by the clerk)
Major Prentice, Lt. Sortsen, SGT- )
Taugman, SGT. meister, C/O 　　)
Drysdale C/O D. Smith C/O Pratt )
C/O Cowlocke C/O Miller C/O Wicker )
C/O Louvvart C/O Lee C/O Kennel )
Nurse Tracey Dr C. Hansen 　　　)
Dr. Osekacle 　　　　　　　　　　)
　　　　　　　　　　　　　　　 ,)
　　　　　　　　　　　　　　　)
　　　　　Defendant(s)　　　　)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Devin Cordell Seats

Prison Identification Number: R65374

Current address: 2050 S Justice Way

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Sortsen

Current Job Title: Lieutenant

Current Work Address: PO Box 99 Pontiac IL 61764

Defendant #2:

Full Name: Taugeen

Current Job Title: Sargeant

Current Work Address: PO Box Pontiac Il 61764

Defendant #3:

Full Name: Meister

Current Job Title: Sargeant

2

Current Work Address  Po Box 99 Pontiac, Il
                      61764

Defendant #4:

Full Name:  S. Prentice

Current Job Title:  Warden

Current Work Address  Po Box 99 Pontiac, Il
                      61764

Defendant #5:

Full Name:  D. Smith

Current Job Title:  Correctional Officer

Current Work Address  Po Box 99 Pontiac, Il
                      61764

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

C. If your answer to B is yes, how many? _____  Describe the lawsuit(s) below.

Defendant #6

Full Name: Tjark

Current Job Title: Correctional officer

Current work address: Po Box 99 Pontiac IL 61764

Defendant #7

Full Name: S. Dugerdale

Current Job Title: Correctional officer

Current work address: Po Box 99 Pontiac IL 61764

Defendant #8

Full Name: Casterla

Current Job Title: Correctional officer

Current work address: Po Box 99 Pontiac IL 61764

Defendant #9

Full Name: Miller

Current Job Title: Correctional officer

Current work address: PoBox 99 Pontiac IL 61764

Defendant #10

Full Name: Maxwell

Current Job Title: Correctional officer

Current work address: Po Box 99 Pontiac IL 61764

Defendant #11

Full Name: Nowak

Current Job Title: Correctional officer

Current work address: Po Box 99 Pontiac IL 61764

Defendant #12
Full name: Wicker
Current Job Title: Correctional Officer
Current work address: PO Box 99 Pontiac IL 61764

Defendant #13
Full name: Kennel
Current Job Title: Correctional Officer
Current work address: PO Box 99 Pontiac IL 61764

Defendant #14
Full name: Tracey
Current Job Title: Nurse
Current work address: PO Box 99 Pontiac IL 61764

Defendant #15
Full name: C. Hansen
Current Job Title: Doctor/Nurse
Current work address: PO Box 99 Pontiac IL 61764

Defendant #16
Full name: Ojelade
Current Job Title: Doctor
Current work address: PO Box 99 Pontiac Illinois

1. Name of Case, Court and Docket Number   N/A

2. Basic claim made   N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Pontiac Correctional Center

4

Date(s) of the occurrence  June 26th 2016, June 29th 2016

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Incident #1:

① On 6/26/2016 while being housed in the North cell house of Pontiac State Prison, the Plaintiff Devin Seats (hereinafter "Seats") spoke with C.O. Pratt and C.O. D. Smith at approximately 5:00pm inform them that he (Seats) was in need of a crisis team because he had swallowed twenty-five (25) psychotropic pills. Plaintiff Seats is on record and classified as SMI (Severally Mentally ill) C.O. Pratt and C.O. Smith ignored my request to see a crisis team. The officers did not seek medical attention for Seats after receiving that information that he had swallowed twenty-five (25) psychotropic pills in an apparent suicide attempt. Seats informed C.O. Pratt and C.O. Smith several times that he was in need of a crisis team. each time his requests were ignored.

② Approximately an hour later Lt. Sortsen and Sgt. Tangman removed Seats from cell 748 and place him in cell 517. Seats complained of feeling drowsy and dizzy. He also complained of having hallucinations because of the psychotropic medication that he had ingested prior to the incident. Seats was stripped of his clothing with the exception of his boxer

5

shorts the cell (517) also had no running water.

3) at approximately 9:35pm Seats was woken by a loud pounding on the door several seconds later Lt. Sortsen, Sgt Tangman, C.O. Pratt, C.O. D.Smith C.O. Drysdale, C.O. Carlocke and C.O. Miller. C.O.s D.Smith, Drysdale and Lt Sortsen are members of orange crush. entered cell 517 and began to punch and kick Seats in the head and facial areas. C.O. D. Smith pulled his dread locks from the root of his scalp causing excruciating pain. Seats was also slammed to the concrete floor head first. as a result of the assautive violated acts which served no penological purpose Seats suffered abrasions and contusions to his face and swelling to his face and head.

4) Seats was then placed in handcuffs which were extremely tight and leg irons while the above named individuals continued to engage in assaultive violent acts against Seats despite the fact that he was already physically restrained.

5) Sgt. Tangman then stood on the leg irons, cutting off circulation in my right leg. Causing undue and wanton infliction of pain.

6) the above named individuals then exited the cell. Seats received no medical attention despite the fact that both of his eyes were swollen shut and bruised and his wrists and ankles were swollen because of the manner in which the handcuffs and leg irons were applied.

6

7) on third shift of 6-26-2016 Seats was found unresponsive after attempting to hang himself.

8) Seats was then placed on "suicide" watch

9) on 6-27-2016 Seats was continually denied medical attention on three seperate instances by C.O. Tokoyki C.O. Delveries and ~~[struck]~~. Sgt meister despite the fact that Seats had clearly visible injuries, including but not limited to sores in his scalp from two of his dreadlocks being pulled from his head, a swollen jaw and contusions on his right cheek, two black eyes and abrasions and contusions on his forehead.

10) Seats was again found unresponsive at around 2:00pm. Seats was taken to healthcare. Seats was taken to healthcare. Seats was given a perfunctory examination by Nurse C. Hansen. Seats was then given one 500 mg Tylenol for his injuries the received no further medical attention stemming from the incident of 6-26-2016 ~~[struck]~~

11) on 6-28-2016 Seats inform Major Prentice C.O. Lowrant and C.O. Tokoyki that he was in need of medical attention and was in alot of pain and still passing out.

12) Incident #2  6-29-2016 while housed in the North cell house in cell 111 Major Prentice C.O. Wicker. C.O Lee. C.O. Lowrant Sgt meister and C.O. Kennel. C.O Lee and wicker are orange crush memembers entered Seats cell and began to physically attack him at approximatly

6

10:50 AM He was struck in the head with a plastic sheild by C.O Lee twice. He was picked up and throw into the cell wall. Seats head was slammed against the cell wall during the melee. He was punched in the ribs and kicked repeatedly in the back.

⑬ C.O. Lourrant kneeled down in my face while I was restrained and said "im getting tired of you niggers" and kneed me in the head.

⑭ Seats then was physically removed from the cell and placed in a holding cell.

⑮ Nurse Tracey was present during the time i was in the holding cell. Seats was bleeding from the nose and he requested medical attention from Nurse Tracey and she refused to give seats any and refused to acknowledge seats visible injuries.

⑯ Seats then informed Nurse Tracey that he felt like his jaw was broke as well as his ribs. He also informed her that he could not hold his bowels, that he was urinating blood and lost consciousness on several occasions.

## RELIEF REQUESTED

(State what relief you want from the court.)

Seats is requesting finacial compensation for pain

7

Incident #3

(1) On 6-27-2016 when Scots was escorted to medical Doctor C. Hansen performed a perfunctory examination on Scots head injuries. Doctor ojelade was present and he was aware of Scots prior injuries concerning his previous back injuries. Scots informed that his back injuries had been severally aggravated during the 6-26-2016 ~~and~~ incident and he did not perform an examination of Scots back. Doctor ojelade stated to Scots "stop acting up and your back wont get injured, it's your fault."

and suffering in violation of his 8th amendment Right to Free of Cruel and unusual punishment Demenstreted by the defendants a deliberat indifference and malicous and sadict acts of the above mentiond defendants in the amount of $300,000 and for Defendants to pay for court Fee's and other cost.

JURY DEMAND    Yes [X]    No [ ]

Signed this October day of First, 2016.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Devin Cordell Sears | Inmate Identification Number: R65374 |
|---|---|
| Address: Pontiac. C.C PO Box 99 Pontiac Il 61764 | Telephone Number: |

8

Oct 2, 2016                                16-1381

To: Clerk of court

I am a state prisoner being housed in Kankakee county jail awaiting transfer to a state prison. I have been here for approximately 2 months. During that time I have used due diligence in trying to obtain my financial statement for the last six months in order to provide that information to the courts in regards to my informa pauperis motion to proceed with this law suit without cost at this time.

I have written several letters to Pontiac prison requesting that information but my requests have not been responded to. I'm asking the clerk of court to try and obtain that information or in the alternative to allow the law suit to be filed and resolve the financial issue of indigency as soon as possible.

Thank you
Sincerely, Dean Scott

(over)



Legal Mail