IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DEVIN SEATS, #R-65374, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 16-1381-SLD |
| ) | |
| SUSAN PRENTICE, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, DEVIN SEATS, *pro se*, and the Defendants, MICHAEL CARLOCK, DOWNIE DRYSDALE, JOSEPH MILLER, JORDAN PRATT, DEREK SMITH, FRANCIS SORENSON, and GREGORY TANGMAN, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and for their Stipulation of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby agree and stipulate as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

s/ Devin Seats                             7/5/2019
Plaintiff                                        Date
Devin Seats, #R-65374


s/ Jeremy C. Tyrrell                       7/8/2019
Jeremy C. Tyrrell, #6321649        Date
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9014 Phone
jtyrrell@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| DEVIN SEATS, #R-65374, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 16-1381-SLD |
| | ) | |
| SUSAN PRENTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Jeremy C. Tyrrell, Assistant Attorney General, herein certifies that the foregoing document, *Stipulation to Dismiss*, has been served upon:

Devin Seats, #R-65374
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

and I hereby certify that on July 8, 2019, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Respectfully submitted,

By    s/ Jeremy C. Tyrrell
        Jeremy C. Tyrrell
        Assistant Attorney General